IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO———

JUL 2 0 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-01553-BNB

MICHAEL DAVID JOHNSON,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of
    Corrections (CDOC),
KEVIN MILYARD, Warden, Sterling Correctional Facility (SCF),
TERRY BARTRUFF, Associate Warden, Sterling Correctional Facility (SCF),
LLOYD WAIDE, Major, Sterling Correctional Facility (SCF),
RAYMOND HIGGINS, Captain, SERT Commander, Sterling Correctional Facility (SCF),
SHAWN REWOLDT, SERT Team Leader, Sterling Correctional Facility (SCF), and
UNKNOWN JOHN & JANE DOES, Serving in Their Official Capacities;
    (Management Team Members and SERT Team Members), Sterling Correctional
    Facility (SCF),
All Defendants Are Sued in Their Official and Individual Capacities,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 17th day of July, 2009.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01553-BNB

Michael David Johnson
Prisoner No. 126550
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/20/09

                                               GREGORY C. LANGHAM, CLERK

                                               By: _____
                                                       Deputy Clerk