IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01553-MSK-MEH

MICHAEL DAVID JOHNSON,

      Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, Colorado Department of
      Corrections (CDOC),
KEVIN MILYARD, Warden, Sterling Correctional Facility (SCF),
TERRY BARTRUFF, Associate Warden, Sterling Correctional Facility (SCF),
LLOYD WAIDE, Major, Sterling Correctional Facility (SCF),
RAYMOND HIGGINS, Captain, SERT Commander, Sterling Correctional Facility (SCF),
SHAWN REWORLDT, SERT Team Leader, Sterling Correctional Facility (SCF), and
UNKNOWN JOHN & JANE DOES, Serving in Their Official Capacities;
      (Management Team Members and SERT Team Members), Sterling Correctional Facility
      (SCF),
All Defendants Are Sued in Their Official and Individual Capacities,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 6th day of August, 2009.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge